## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:12-cv-00348-MR-DLH

| | | |
|---|---|---|
| **LORA STARLING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Plaintiff's Motion for Summary Judgment [Doc. 13] is **DENIED**; the

Defendant's Motion for Summary Judgment [Doc. 16] is **GRANTED**; the

decision of the Commissioner is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 8, 2014

Martin Reidinger
United States District Judge